# Court of Appeals
# of the State of Georgia

ATLANTA, March 12, 2021

*The Court of Appeals hereby passes the following order*

## A21I0137. SBA TOWERS IV, LLC v. PLOENER RADIO GROUP, LLC A/K/A PLOENER RADIO GROUP, INC. .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2019V0106



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, March 12, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*